IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>JUAN PABLO SANCHEZ DELGADO, ANTONIO DE JESUS CASTRO, MAGDALENA CASTRO BENITEZ, ALMA HERNANDEZ MORENO, ANAYANCY CASTRO HERNANDEZ, FABIAN CASTRO, SUNI SARAHI SANCHEZ DELGADO, OSVALDO SANCHEZ DELGADO, JOHN CHRISTOPHER GOOD, ARACELY HEREDIA MARTINEZ, ERIC BERINGER, CHRISTOPHER THURLOW, MAYRA P. JIMENEZ, ASIYADETH JIMENEZ CASTELLON, JOHN GLIDDEN, JAIME GARCIA COTA, LILLIAN AJIN, JP AND SONS, LLC, J GREEN VALLEY, LLC, and CASTRO PROPERTIES, LLC,<br><br>        Defendants. | 4:18CR3088<br><br>ORDER |

    Defendant Asiyadeth Jimenez Castellon has moved to continue the pretrial motion deadline, (Filing No. 501), because Defendant needs additional time to investigate this case and prepare for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

    1)    Defendant Asiyadeth Jimenez Castellon's motion to continue, (Filing No. 501), is granted.

2) **As to all remaining defendants**, pretrial motions and briefs shall be filed on or before May 20, 2019.

3) **As to all remaining defendants**, trial of this case is continued pending resolution of any pretrial motions filed.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to all remaining defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and May 20, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1),(h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 3, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge