IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ANAYANCY CASTRO HERNANDEZ, SUNI SARAHI SANCHEZ DELGADO, OSVALDO SANCHEZ DELGADO, JOHN CHRISTOPHER GOOD, ARACELY HEREDIA MARTINEZ, ERIC BERINGER, MAYRA P. JIMENEZ, ASIYADETH JIMENEZ CASTELLON, JOHN GLIDDEN, JP AND SONS, LLC, J GREEN VALLEY, LLC, and CASTRO PROPERTIES, LLC,<br><br>        Defendants. | 4:18CR3088<br><br>ORDER |

      Defendants Suni Sarahi Sanchez Delgado, Eric Beringer, and Candice C. Wooster have moved to continue the trial, (Filing Nos. 548, 549, and 550), because Defendants need additional time to either prepare for trial or negotiate a plea agreement. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

      IT IS ORDERED:

      1)    Defendants' motions to continue, (Filing Nos. 548, 549, and 550), are granted.

      2)    The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 19, 2019, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motions to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and August 19, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 13th day of June, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge