# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANAYANCY CASTRO-HERNANDEZ,

Defendant.

CASE NO. 4:18CR3088

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)     The defendant affirms receiving a copy of the superseding indictment;

(2)     The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)     The defendant pleads not guilty to all counts of the superseding indictment.

_Anayancy Castro Hernandez_    _10/02/2019_
Defendant                         Date

_Nancy Peck_               _10/2/19_
Attorney for Defendant          Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _2nd_ day of _October_, 20_19_.

BY THE COURT:

_Cheryl R. Zwart_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT